UNITED STATES DI:
OFFICE OF TH
210 FRANKLIN R
ROANOKE, VA 24011

OFFICIAL BUSINESS

Pages 1 of 17

Office of the
210 Franklin Road
Roanoke, VA 24(

July.
2020

Rick Jean # 55607-018
USP Lee
P.O. Box 305
Jonesville, VA 24263

2-213



LEGA

UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

Rick Jean # 55607-018
USP Lee
P.O. Box 305
Jonesville, VA 24263

Dear Sir / Madam:

In response to your recent submission to the Court, please read the marked sections for the relevant information.

☐ Copies are not free. Pursuant to U.S.C. §1914 and the fee schedule established by the Judicial Conference of the United States, photocopies of documents from the court's record are $.50 per page. If you wish to obtain copies, you must prepay the copy fee. Please forward payment, the style of the case, and case number to the Office of the Clerk and the Court will mail them to you.
To receive your selected documents, you need to first pay $          for          pages.

☑ The forms/copies you requested are enclosed.

☐ We do not have forms regarding Motions such as Appointment of Counsel or Writ of Mandamus.

☐ We are unable to send you your requested form _____ because I do not know if it even exists. As an employee of the Court, I must also remain neutral, and thus, I am prohibited from performing legal research for anyone.

☐ If you believe that your constitutional rights have been violated, you may, at your sole discretion, file an action. I have enclosed a copy of the appropriate form for filing such action. You may make multiple copies of the form. Please fill out the form carefully and legibly and sign the forms as photocopied signatures are not acceptable. Please note, however, that providing you this form is not a determination by the Court that your claim(s) have any merit. The Court provides the form only as a courtesy. **Mail to: Clerk, U.S. District Court, 210 Franklin Road, Suite 540, Roanoke, VA 24011-2208**

☐ Please be advised that neither the Local Rules nor the Standing Orders are available in a format to send to litigants, but they are available on the Court's website. www.vawd.uscourts.gov . They and the Federal Rules of Civil Procedure are also available from various legal research providers or at law libraries. Our standing order refers all non-dispositive matters in pro se prisoner actions to a United States Magistrate Judge and requires prisoner civil actions to be filed in the Roanoke Division for administrative reasons only. However, the Court will inform you of the applicable Local Rule and Standing Orders upon receipt of any complaint or petition.

☐ No case number was noted on the document(s) sent to the Court, and I am unable to determine the case in this Court in which you wish to file this submission. If you intend to pursue a new action or file a motion in a pending or closed case, please indicate how and in which action you want the documents filed. If you intend to file in a different court, please mail it to that other court.

1

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983
or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF
NARCOTICS, 403, U.S.C. §388 (1971)**

## INSTRUCTIONS

1. Your complaint must be typed or <u>neatly handwritten</u> on the attached form. If handwritten, please use blue or black ink instead of pencil, if possible.

2. You must answer all questions. If you need additional space to answer a question, you may use additional blank pages. The complaint should not contain legal arguments or citations; you are required only to give facts. If you do not fill out the form properly, you may be asked to submit additional or corrected information. Do not use tape when sending pleadings to the Court.

3. If you are submitting attachments to your complaint, you **MUST** make sure they can be clearly read. Documents that cannot be read clearly may cause a delay in the processing of your documents. Your filings must be dark enough to go through an electronic scanner.

4. In order for your complaint to be filed, it must be accompanied by a fee of $400.00, which represents a filing fee of $350.00 and an administrative fee of $50.00. If you are unable to pay the required filing fee, you may request the Court allow you to proceed *in forma pauperis.* To do so, you must complete and send back the Statement of Assets and the Prisoner Trust Account Report signed by the Trust Officer with the six-month trust fund account statements attached. The required forms are enclosed.

5. <u>It is your responsibility to keep a copy of any pleading that you submit to the Court.</u> For any request made to the Clerk's Office for copies, there is a charge of $.50 per page. Any request for copies must be in writing. Once the clerk determines the cost of your copy request, a letter will be sent to you with that amount listed. At that time, you must forward a money order or check in the exact amount due. <u>DO NOT</u> send cash. The clerk will forward your copies once the payment is received.

6. You should notify the court in writing immediately after you are either released or transferred. Do not notify the court of expected or anticipated releases or transfers.

7. Original, completed forms and all other communication should be mailed to:

**Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208**

**\*\*IT IS IMPORTANT THAT YOU MAKE AND KEEP A COPY OF ANY DOCUMENTS YOU
SEND TO THE COURT\*\***

(Form updated 1/2020)

☐ The Court received a payment on your behalf, and it's returned to you as an enclosure to this letter because:

☐ You do not presently owe money that the Court collects.

☐ The Court does not accept partial payment of the filing fee unless the Court granted you the opportunity to pay in installments, pursuant to 28 U.S.C. §1915 and even then, those payments would be sent to the Court by the Trust Account Officer from the facility where you are housed.

☐ I am not permitted to provide the legal information you seek. The role of the Court is to adjudicate claims presented by the parties. The Court could not maintain its role as an unbiased arbiter of claims if it assisted either party. As an employee of the Court, I must also remain neutral.

☐ The court is authorized to adjudicate cases. The Court is not authorized to, and does not, investigate allegations of misconduct. Please contact the appropriate law enforcement, inspector general, or ombudsman with the jurisdiction to address your concerns.

☐ The Court does not have any record of the case/ data/ pleading/document you described.

☐ You asked about the status of your case. I cannot give an estimate on when an action will be taken in your case. You will receive a copy of any order and/or opinion as soon as the Court issues it.

☐ The address you requested is: _____

_____

☐ Sending unrequested information to the Court with the hope that it will quicken consideration of your case is incorrect. The Court will review your case in turn.

☐

☑ Please find your enclosed submission because it does not pertain to a pending action and the Court does not maintain a record of such correspondence.

DO NOT SEND IN SOCIAL
SECURITY NUMBERS, NAMES
OF MINOR CHILDREN OR
DATES OF BIRTHS. WE
RECOMMEND YOU MAKE A
COPY OF ANYTHING YOU
SUBMIT FOR YOUR RECORDS

Sincerely,

JULIA C. DUDLEY, Clerk of Court

By: Deputy Clerk

Date: 06/22/2020

2

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2020

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

Pg 5-17

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |
| M | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Rick Jean
Plaintiff full name

55607-018
Inmate No.

v.

CIVIL ACTION NO. ___7:20CV415___

Staffs in Federals Bureau of Prison of
Defendant(s) full name(s)

Lee Countye Faulity

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: __USP Lee__
__P.o Box 305 Jonesville VA 24263__

B. Where did this action take place? __In Solitary Housing Unit__

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        __✓__ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number:_____

D. Have you filed any grievances regarding the facts of this complaint?

__✓__ Yes        _____ No

1. If your answer is Yes, indicate the result:
__No Results After putting in Administrative Remedys__
__My first Civil Rights all Form was thrown Away by staffs__
__on December 16 2019 After Attempt to send it out__

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

_All Cameras, witnesses and more Evidence would_
_show Staffs Neglected and Assaulted behaviors did take_
_place towards me when I was Hogtied and Beaten Half to_
_Death by STAFFS when in this facility,_

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

_Assaulted Behaviors took place again on Sept 2019_
_will restrained in Ambulatory and my Mail was tampered_
_with and Discarded on range on Dec 15, 2019 to Dec 16, 2019_

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

_Suing Federal Bureau of Prisons Staff involved in their actions of_
_Neglected behaviors Physical and Mental Damages towards Me_

G. If this case goes to trial do you request a trial by jury?    Yes __✓__    No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: _July 6, 2020_    SIGNATURE: _____

VERIFICATION:
I, _____Rick Jean_____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _July 6, 2020_    SIGNATURE: _____

Pg 12 of 17

In The United STATES District Court
for the western District of Virginia

Rick Jean                                    55607-018
V.
Staffs in Federals Bureau of Prison of
Lee Countys facility

A) USP LEE P.O Box 305
Jonesville VA 24263

B) In Solitary Housing Unit

C) NO

D) Yes

1. No Results after putting in my Administrative
Remedys within this facility and My last
civil Rights act 42 U.S.C 1983 Forms
Ive attempted to send out through Mail
within this facility to this same Clerk of
Courts address about these issues with my
Account information enclosed inside was —

Pg 13 of 17

Continuation from D-1.
Tampered with after sending it out on
December 15, 2019 and Discarded on the
range I was in on December 16, 2019
(Records))

Claim #1

E.   SHU Cameras/ Witnesses, written Records
Medical files and exeterea would show that
Neglects of Assaulted behaviors did take place
within this facility by staffs on the begining
Dates of 5-5-2019 through till 5-10-2019
where within these dates I was Hogtied
to a concrete slab and beaten half to death
by staff for more then 4 days which were
Cruel and unusual Punishment

Claim # 2
And again on the dates of (            2019)
not September 12, 2019 like it was stated on
my DHO Reports fake statements, I was
again removed out of F unit where I was
brought again to S.H.U. Solitary Housing Unit
and vigourously Beaten again while restrained
in Ambulatory by staff and also Recorded
after these Assaulted behaviors took place =

Pg 14 of 17

Continuation from E. - Clown I.
Showing that my face was battered and
Brused where they also did tell me to smile
for the camera. Later on my Mail was
tampered with and Discarded on the floor
Range I was in on Dec 15, 2019 —
Dec 16, 2019 when trying to reach out to
the clerk of courts of these Civil Matters.

F) I would like to sue the Federal Bureau
of Prisons and all staff members that were
involved within their Actions of Negligents
behaviors physical and Mental Damages
towards me and tampering with Federal
inmates Mail

G) Yes ✓

H) I am currently Awaiting to be Housed
in Another facility

Dated: July 6, 2020   Signature: _____

Verification
I, Rick Dean # 55607-018 _____
Dated: July 6, 2020   Signature: _____

Pg 17 of 17

United States District Court
Western District of Virginia

Notice To Parties of Right to consent
To Jurisdiction of United States Magistrate
Judge

Rick Jean                          Civil Action No. _____

v.

Staffs in Federals Bureau of Prison of
Lee Countys Facility

Rick Jean                  Date July 6 2020
Rick Jean





DISTRICT COURT

Road, Suite 540,

24011-2208

court Mail