CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 1 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

For Clerk's Office Use

| Judge M | Rec'd |
|---------|-------|
|         |       |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **28:1331 Federal Question: Bivens Act**

Rick Jean
_____
Plaintiff full name

55607-018
_____
Inmate No.

v.

CIVIL ACTION NO. _720cv00415_

J. Smallwood, b. Hornsby, Petey, Brooks, Lt. Parsons, Lt. J Bowds
_____
Defendant(s) full name(s)

Shown white, Lt Hamilton, Lt childers, Newman, Streeval, Karen pease,
mr mullns, Mr Stafford, willis, Martin, Ms. Mitchel, Lt. Levine,
Parker, Briggs

A. Current facility and address: Federal Bureau of Prisons of Lee County facility, USP LEE P.O BOX 305 Jonesville, VA 24263

B. Where did this action take place? (SHU) Special Housing Unit

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   ✓ Yes          _____ No

   If your answer to A is Yes, answer the following:

   1. Court: U.S District Court western District of Virginia

   2. Case Number: 7:20-CV-00415-NKM-JCH

D. Have you filed any grievances regarding the facts of this complaint?

   ✓ Yes          _____ No

   1. If your answer is Yes, indicate the result:

   Legal Actions are still pending

   2. If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

See Civil Suite

Case Name: Jean V. Staffs in Federals Bureau of Prison of USP LEE

Case Number: 7:20-CV-00415-NKH-JCH

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

See Civil suite

Case Name: Jean V. Staffs in Federalss Bureau of prisons of USP LEE

Case Number: 7:20-CV-00415-NKH-JCH

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Justice and Compensation for wounds that were Impose Upon me by these Officers

G.  If this case goes to trial do you request a trial by jury?   Yes __✓__   No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: __Oct 13, 2020__   SIGNATURE: _____

VERIFICATION:

I, _____, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: __Oct 13, 20__   SIGNATURE: _____

Pg 1 of 2

I would like to report that My Case manager Mr. E Connover has lost important Evident Legal information that was supposed to be the attachment to this Page, Pages 1 and 2 that was Supposi to have been sent to Clerk of Courts Magistrate Judge Joel C. Hoppe of the United States and I've gave Mr. E. Connover these legal Evidence information to have copied for me on the dates of sept 19, 2020 wich were 2 papers of Valuable information pertaining as Evidence to the Court of Law, but Due to his Showing of Poor Workmanship in showing that he is Unreliable in handling paper work related to important Legals information, files, Documentations and Etcetera has caused me not to send this Legal information in timely as expected and now I am waiting for other Copys to be sent to me So I can Send to you to have these papers attached as evident towards this verry next pages pages 3/ 34. My Brother eventually was Knowledgable enough to have extra copys and he sunt it to me through Certified Mail on the day of Oct 2nd 2020, I don't have the Certified number right now in hand but I've spoke to him today on Oct 13, 2020 and he told me that under the UsPS Tracking services that my mail would be late and they are still in route towards this Prisons faculity

pg 2 of 2

Wich Where I am now housed at in Thomson Illinois
Federal USP and when this mail do make it over
here to my Destination finally, I would be sending
it to the Clerk of Courts as the attachments
to the rest of the packets pages, The pages
I would be sending are pages 1/34 and pages
2/34 to Be attached to pages 3/34

Thank You,    Sincerly written by:
Rick Jean             Rick Jean

On the Dates of
Oct 13, 2020

and Submitted on Dates of
Oct 13, 2020

CLERK'S OFFICE U.S. DIST (A) URY (S)
AT ROANOKE, VA
FILED

OCT 21 2020

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

U.S. District Court
Western District of Virginia

Rick Jean # 55607-018        Case# 7:20-CV-00415
          Plaintiff

V.

STAFFS IN FEDERALS BUREAU OF
PRISONS OF LEE COUNTY FACILITY
                Defendants

              To: Joel C. Hoppe
        United States Magistrate Judge

Filing an Amended complaint, naming every person
as an Defendant who I intend to bring this action
against describing exactly how each person violated
my federal Rights

(Pages A - S)              Respectfully Submitted by:
  1 - 19           Rick Jean        Rick Jean
                   Date Oct / 13 / 2020

Identifying Names of Defendant and Violations  (B)

1  J. Smallwood
2  L. Hornsby
3  Petey
4  Brooks
5  Lt. Parsons
6  Lt. J Bowels
7  Shawn White
8  Lt Hamilton
9  Lt Childers
10 Newman
11 Streeval
12 Karen Pease
13 Mr Mullins
14 Mr Stafford
15 Willis
16 Martin
17 Ms Mitchel
18 Lt. Levine
19 Parker
20 Briggs
21
22.

(C)

(J. Smallwood)- Involved in aggressive, abusive behaviors of assaults and harrasments towards me while I was restrained to a concrete bed on (June 6, 2019) and again on (June 7, 2019) Continuing to while housed in Special Housing Unit (SHU) See also notes on pages (1 to 11) (Bottom Left Corner) (Pages 27) Pages 27# on top right page) Read Bold letters on Page of smallwoods behaviors towards me while housed in (Shu) and also Threatening me saying that he has a special tray for me ( See notes on pages 2/11 Dated Dec 21, 2019 Upper pages wich I would have to send you another copy of all my notes again due to the copy machines being malfunctioned

And also see mentally Distroughted behaviors that happened to me after coming in contact with June 6, 2019 incidents by these staffs Abusive behaviors involving there negligents (See pages 11) of (pages 13/34) Showing proof of self mutilation, of me starting to go through psychological problems, and Ive never ever stated that I would want to beat my brains in (read Page 9 3 of (pages 11/34) (See pages 6/11 of pages 3of19) Involving J. smallwood officer L. Hornsby and other staffs Petey, Brooks and others

3

(D)

(June 6, 2019) (Incident)
- Officer J. Smallwood
- Officer L. Hornsby
- Officer Petey (an older looking Guy)
- Officer Brook (Young looking Guy)

and other officers I cant Remember till we get the video tapes of everything that did occurred on that Day coming out of Holding Cell # 2 or 3 In (SHU) Special Housing Unit, cameras facing those Holding cells wich I believe are Cameras (E4 LEE) or (E6 LEE) Should show that I was pulled out of the holding cell then while handcuffed I was physically Jumped on, beaten and Abused without any resistants, dragged then carried to a concrete bed inside a cell where I was then tied down on 4 point Restraints both hands and feet where now mostly (hourly) while tied down These officers especially for smallwood kept entering the Cell yelling for no apparent reason then placing his Shield over or on my chest area and then Vigowrasly Pounding on it as hard as he can the whole entire day with other Officers till I was eventually removed and then placed in an Observation Cell where they again Jumped on me out of cameras view, There were Cameras inside the cell that I was in where I was placed on 4 Point Restraints, Those Cameras Should Be my witness to those Events to the time I was Removed.

(Pages 1-11 Notes)                                                                    (E)

Officer J. Smallwood involvements in (June 6, 2019) and
(June 7, 2019) incidents involving Assaults and negligent
During me being restrained on a 4 point concrete Bed
and continuing to Harrass and slander my name
up and Down (SHU) Range and falsely wrote me threat
incident Reports and even with that he continue to still
keep on Harrassing me and Slandering my name up
and Down the (Special housing Unit), Cameras should
be my witness of this officers belligerent and violent
behaviors towards me, He even bangs on my cell door
when he walks through the range that I was in
for no reason at all, Saturday (Dec 21, 2019) cell 103
in A Range (SHU) and Sunday (Dec 22, 2019) in A Range
cell 103 again Smallwood banging and Screaming my
name loud trippin again for no apparant reason
(Jan 3rd 2020) smallwood again comes over to my cell
again Cell 102 in A range again out of Nowhere and
continues to harass me. See camera footage on (Jan 3rd 2020)
(Jan 3rd 2020) Smallwood harrassing me again-evertime
he passes the cell 102 i was in See Camera Standering
my name (Jan 4 2020) smallwood continues to
keep harrasing me and slandering my name, review
camera in A range cell 102

(F)

(Jan 12, 2020)

Smallwood coming around Harrassing me again this time in D range cell 254

(Jan 12, 2020)

Smallwood Slandering my name all on the Range again Drange Cell 254

June 6 2019 (incident)

- L. Hornsby Senior officer
  Involved in aggresive, abusive behaviors of assaults and harrassments towards me while placed in holding cell 1, I was eventually removed and then physically abused in handcuffs, put in Orange thongs, beaten, Slammed and dragged by L. Hornsby, Brooks and other staffs all the way to holding cell where I was hand cuffed to a concrete bed then beaten again.

- Petey
  Involved in aggresive, abusive behaviors of assaults and harrasments towards me while placed in holding (cell with concrete Bed)
  Cell 2, I was eventually removed and then physically abused in handcuffs to a concrete bed where I was beaten by Petey, also with Smallwood and others I cant remember till I see the video recording

- June 7, 2019 (I was againg placed on restraints to concrete bed where again I was beaten and abused again by Smallwood,

(G)

— Smallwood —

(June 6, 2019)

Involved in aggesive, abusive behaviors of assaults and harrasments towards me while I was restrained to a concrete bed on (June 6, 2019) and again on (June 7, 2019) Continuing while housed in (SHU) special Housing Unit See also notes 1 to 11 (page 27)

— L. Hornsby (Senior Officer) —

(June 6, 2019)

Involved in aggresive, abusive behaviors of assaults and harrassments towards me while I was removed from cell 1 in SHU than Jumped on by L. Hornsby and Brooks and Other officers I cant remember till we got to the cell and placed on the concrete bed on 4 point restraints where the beatings continued with officers and also on (June 7, 2019)

— Petey (older looking Guy) —

Involved in aggresive, abusive behaviors of assaults and harrasment towards me when I was placed on the concrete bed on 4 point restraints where the beatings continued with him smallwood and Other Officers on (June 6, 2019)

— Brooks —

(June 6, 2019)

When I was pulled out of cell 1 (Holding cell) I was

(H)

Vigourously Jumped on by Brooks L. Hornsby and
2 or maybe 3 other Officer I cant remember
because I remember them having me bent forward
while handcuffed with one of them having there hands
placed around my neck (Basically leaning me forward as
they Jumped on me where I was at angels positions
that were hard for me too see, then I remember being
picked up slamoned then dragged all the way to
the cell with the concrete bed where the the beatings continued
by these officers on (June 6, 2019)

Lt. Parsons —

(June 6, 2019) (June 7, 2019) to (June 10, 2019)
Lieutenant Parsons was An Enforcer to all the abuse
that was taking place upon me continuing from June 6, 2019
June 7, 2019 to June 10, 2019 when I was going
through this Malicious Malevolent escapades Lieutenant
Parsons Even made me sing the Pledge of Allegiance
to the flag as I was getting Crucified in an observation
cell and then hogtied down to a concrete bed on 4point
restraints as his officers gradually came in those
cells to beat me

(I)

Lt. J Bowels -

Lieutenant J. Bowels was also an Enforcer to all the incidents that took place on (June 7, 2019) and was again Involved in malicious malpractices towards me also on (Sept 26, 2019) with Lt. Hamilton Lt. Parsons, and Lt Childers See (page 28) with also Officer S. White    (see pages 28 on top right side of paper)

Shawn White -

Crazed Officer Involved in Real bad malicious Malpractices towards (whoever that he comes in contact with that are on restraints (see pages 28) He even smashed my face on wall (Pages 28 # top right side of paper)

Lt Hamilton -

Threats from Lieutenant Hamilton on the date of (December 6, 2019) witness to my June incidents with his staffs before becoming and oppressor also on (sept 26 2019) incidents with Lt J.Bowels, (Lt. ~~Hamilton~~) ^sorry Lt Parsons. Lt. Childers and S. White, I beleive Lt. Hamilton (# Pages 28 see 18 top right side of paper) (See pages 18) and (pages 28) was the One holding the Camera after my incident, I was too battered to remember

Lt childers -

Involved in June 6 2019 incidents June 7, 2019 incidents and Sept 26, 2019 incident, Physically harming me and Abusive behaviors

(J)

- Newman -

Involved in abusive behaviors that took place on (June 6, 2019)
and (June 7, 2019) through (June 7, to June 10, 2019)
(3 more days) straight in my own urination till my
arms became paralyzed with scarse around my waist
and wrist by h. Hornsby, J Smallwood, Newman and other
staff I cannot Remember. (Newman was taking
notes while I was shackled down in restraints) And
I would like to know what exactly was he writing down
on his notepads that day


- Warden Streeval -

I've told mr warden Streeval that I was being neglected
by his staffs on December 12th 2019 and told him that
there should be no reason why I am still in contact with
these officers and that it should be an conflict of interest
after being Abused by these staffs assaulted behaviors
(see pages 17# on top right corner) where the page would
shows evidents of me sending letter out showing that it say
see camera E-17LEE of me also passing my envelope of
administrative remedy form to the warden TELLING him that
I was assaulted and abused by his staffs J. Smallwood
L. hornsby and other staffs (see pages 17# on top right corner)
and also (see pages 4/11 number on bottom of Page left
corner) on that Page it would show that I've also did speak to —

(K)

him about getting my power Attorney forms Notarized
and did ask him did he also read my remedy that
I've handed to him on Dec 12, 2019 on the Date of
Jan 9, 2020 before he went on vacation...
Read (pages 27/34 on pages 25)
where it would show that on Jan 9th 2020 asking him
did he read my administrative remedys while during vacation
and I've did ask him about how to file for, I mean
who do I speak to too have my power of Attorney
Notarized. My Counselor Mr. Carrol had eventually
Quit his Job all of the Sudden during that time
period and thats when I've started to Be spunt on all
my papers on my Power Attorneys Notarizations. and etc

11

(L)

In The United States District Court
For The Western District of Virginia Roanoke
Division

Rick Jean 55607-018           Civil Action No. 720cv00415
Plaintiff,                To Joel C. Hoppe
                          United States Magistrate Judge

V

STAFF IN FEDERALS BUREAU of
PRISONS OF LEE COUNTY FACILITY

- Continuation from Letters  A – L
    To:  L – S

(M)

- Karen Pease = Nurse
(See Pages 9 top right corner of page 11/34)
And in bold letter when it gets to June 10, 2019
it would say I remember waking up the next day
over on the floor looking over towards the window
and remember seeing a nurse looking directly down at me
as I was squirming on the floor with the last bit of
life that I had left on my body in excrusiating pain
from being bruttally battered, beaten and Abused them
passed 3-4 days and when I called out to her for help
as I was in Shackles around my waist arms and
feet begging her to please help me, she just looked Down
at me and then walked off, (Please Read Pages 9)


- Mr Mullins and Mr Stafford and Lt. Childers <
(see pages 23)(2019 on Dec 16,) when after passing
my previous, My first Civil Rights Act Letters to
Mr. Mullins and Mr stafford Ive remember waking
up the verry next day realizing that all my mails were
scattered outside my cell door in (sbu) where I was
left to retrieve one of my Mail Letters off the floor by
fishing a line under my cell door to verify that it was
my letter that was sent out the night before through
Mr. Mullins and Mr stafford, on the Date of Dec 15, 2019
Lt. Childers was also walking with them during the time

(N)

These mails were sent out my celldoor for them to be sent to the courts. The cameras within that Range should give evidence to how my mails letters were Discarded on the Range and wich officer was involed in this violation of my Constitutional Rights Under the a federal statute, (and I do have the letter that I've fished from under my celldoor as evidence to show as proof that this letter that was supposed to be sent out with the other Mails letters was discarded on the range That I was in by these particular Staffs that night (See pages 24) of me letting my family know that my mails were tampered then discarded on range and notes were tooken and if you (read pages 22) again there it shows more records of my mail being tampered with by these officers and discarded on range in bold letters.

Cell# I believe was 102 or 101 on A Range in shu

— Stapleton —

As you continue to read (pages 22) in bold letters It would show that later on that moment I've came in contact with C.O Stapleton and tried telling him that my mails has been tampered with and discarded on the range and thats a federal Violation under the Statues Codes of the United States. Then asked him can he please hand me my mails he said dont care and picked up the rest of my mail on the floor and didn't return it back to me then walked off

(O)

as I tryed to tell them (him and another officer) that it is
a Violation under the Federals Codes of the United States —
See camera view on that Range I was in Camera E-17-lee
on (December 15, 2019) to (Dec-16, 2019) (See pages 22)

Sds Willis —
Ive also told willis about my mails being on the floor
and mentioned do he know the status on my Bp8, Bp9,
of me being assaulted by those staffs and he stated clearly
Nobody cares about your complaints of your Bp 8, Bp9 of me
being assaulted by those staffs then walked off and
all this did take place on Dec 15, to December 16, 2019
See camera view of that Day of Dec 16, 2019 on A Range Cell 102 or 101
E-17 LEE.

Martin —
Involved in Sept 26, 2019 Assaults with J. Bowles
S. White, Lt Hamilton, Lt childers and Lt Parsons,
Jumped on me while I was in observation Cell
along whith those officers and never attempted to try and
stop them from carrying ous with their Abusive behaviors (8th Ammendment
Violations

Ms Mitchel —
(Read Pages 17) of (19/34) it would show that Ms. Mitchel
on Dec 16, 2019 See camera E-17LEE showing that my Origignal
administrative remedy forms wich was provided to me by ms.
Domita from Aspire to Acquire for the warden to read my incidents
were intercepted and discarded by Ms Mitchell because when Ive

(P)

Spoke to warden asking him did he ever receive my administrative remedy forms he said No, and they were also not placed in mailbox for the warden to pick up, Same with Medical request forms for all my medical files, and my trust fund reports were never placed in mailbox neighter because I believe that Ms Mitchell tryed infringing with my rights to Notify the warden of my incidents and obtaining my medical request forms of all my medical files and my trust fund reports wich was sent to me by the clerk of courts were also infringed so I could file my Civil Suite related to the Neglected behaviors of assaults and abuse that was brought to me by these Malicious Officers and Ms Mitchell ( The Queen of the whole Operation wich I may Call her) was there During All the incidents when these officers were Conducting these Abusive negligent Behaviors upon me on the dates of June 6, June 7 to June 10 2019 when I was placed in and out of 4 point restraints on a concrete bed and also placed in and out of those Observation cells, [See pages], 17) (on pages 19/34) (Page 19) on center of page of 21/34) (Pages 20) in bold Letters of pages 22/34) (Pages 7 on pages 9/34 3rd paragraph where I've stated the Queen

(Q)

- Lt Levine -
involved in June 6 2019 physical abuse while
I was in handcuffs (see page 13 pages 15/34)
Lt Levine forcefully had tryed feeding me bologne
out his bare hands while I was Hogtied down to
that concrete bed after being tortured for Hours
as Lt Childers, or was it Parsons stood on
the other side of the bed and forced me to drink
Hot water out his cup from the sink wich I beleive
was Dirty and I would like to Demand for
the footages of all those various Crimes that
were brought upon me on the Dates of every
incident that did take place in those cells


- Parker -
(see pages 5 of 19)(on pages 8/ 11)
 I had multiple run ins with Nurse Parker when
I had came off restraints in July 2019 when there
were times while I was partially parylized for months
I seen parker wich I cant remember the exact Dates it
was when trying to tell him that I need more medication
and would like to be seen by a Doctor, he disregarded me
multiple times but this time once again  on Dec 6, 2019
Starting that verry morning on a Friday Ive seen him
and tryed stop in him while housed in special Housing Unit

(R)

to hand him my request forms for all my medical files Due to The Honorable Fredrica S. Wilson member, U.S. House of Representatives offices of Congressman asking for me to release all my medicals Records, through a records consent form that was sent to me to sign through my Family from U.S House of Representatives offices of Congressman Fredrica S. Wilson. He kept walking on disregarding my request and saying he already walked by my celldoor while he was in plain view right across from my cell door and I would like to know after multible similar incidents after reviews of Parkers Actions on Dec 6, 2019 of when trying giving him my request forms and also asking for medical assistance previously, especially when Ive tryed giving him my medical request forms though the side door of cell 118 in C Range and he kept walking Disregarding my issues, I would like to know where it says under employees standard code of conduct that a nurse in a government facility can disregard medical issues and keep walking while an inmate is in distress and wobld like to bring that before the Judges Courtroom to be challenged though cameras review of his actions that continued to take place that morning and previously before Dec 6, 2019

(5)

Briggs

See pages (5/11) pages 1 of 19

On the begining starting on June 5, 2019
at appoximitely 10:55 pm I made contact with
mr Briggs when I made it to his office and Ive
specifically had told him that I have a problem and
can he please help me by placing me in the shu Area
for a lil while Till I am able to shake my Drug Addichun
because It has become a constant problem for me, There
I was eventually brought to Shu cell 203-209, but
mr Brigg after asking for his help verbally lied on his
Statements by stating on the DHO reports that I told
him I am a bug and aint going to go to my unit
and if I do someone is getting fucked up. I did not
verbally threat any person including mr Briggs on that day
and when I did made contact with mr Briggs after
my removal from my unit on June 5, 2019 before
all the further incidents took place I only came to
him asking him can he please help me and Place me
in a confinement In Shu so I could shake my drug
Addiction, wich eventually turned out to be lies on
a Disciplinary Hearing Officers Report.

Respectfully Submitted by:
Rick Jean          Rick Jean
Date / oct / 13 / 2020

Rick Jean
55607-018
United States Penitentiary
P.O BOX 1002
Thomson, IL 61285

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7019 1120 0000 6164 6718

Western District of Virginia
United States Dis
Court Office of the C
210 Franklin RD. RM 5
Roanoke, VA 24011-22

FOREVER / USA

FOREVER / USA

George H.W. Bush

USA Forever



UNITED STATES POSTAL SERVICE

1000

24011

U.S. POSTAGE PAID
FCM LG ENV
THOMSON, IL
61285
OCT 14, 20
AMOUNT

$0.00
R2304W121497-05